FILED
ASHEVILLE, N.C.

AUG 13 2015

U.S. DISTRICT COURT
W. DIST. OF N.C.

# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

BILLY JOE HURLEY

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:15-PO-00002-1

COREY ATKINS
Defendant's Attorney

**THE DEFENDANT:**

- ☐ pleaded guilty to count(s) Enter Counts
- ☐ pleaded guilty to violation(s) Enter Counts
- ☒ pleaded not guilty to count(s) 1
- ☐ pleaded not guilty to violation(s) Enter Counts

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 36 C.F.R. 2.1(a)(1)(ii) | Disturbing the plant, ginseng. | 7/28/2015 | 1 |

- ☐ Counts(s) Enter Counts (is)(are) dismissed on the motion of the United States.
- ☐ Violation Notice(s) Enter Counts (is)(are) dismissed on the motion of the United States.
- ☐ Found not guilty as to: Enter Counts

**IMPOSITION OF SENTENCE:**

That the defendant be imprisoned for 6 MONTHS with credit for all time served.
All monies STRICKEN.

Date of Imposition of Sentence: 8/13/2015

Title of Signing Officer
United States District Court

**RETURN**

I have executed this Judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal